UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLUMBERS LOCAL 98 DEFINED BENEFIT
PENSION FUND, PLUMBERS LOCAL 98
DEFINED CONTRIBUTION FUND, PLUMBERS
98 INSURANCE FUND, PLUMBERS LOCAL
98 VACATION & HOLIDAY TRUST FUND,
PLUMBERS LOCAL 98 SUB TRUST FUND,
PLUMBERS LOCAL 98 RETIREE BENEFIT
FUND, METRO-DETROIT PLUMBING
INDUSTRY TRAINING TRUST and
JOINT ADMINISTRATIVE COMMITTEE
OF THE PLUMBING & PIPEFITTING
INDUSTRY IN THE DETROIT AREA,

   Plaintiffs,

vs                Case No. 08-cv-13173
                 Hon.:  George Caram Steeh
KEIPER MECHANICAL, INC., a Michigan
Corporation, and DONALD KEIPER, Individually.

   Defendants.
_____/
**DAVID J. SELWOCKI P51375**
**MATTHEW I. HENZI (P57334)**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1000
Southfield, Michigan  48037-0222
248.746.0700
brogers@swappc.com
_____/

**ORDER FINDING DEFENDANTS TO BE IN CONTEMPT
OF COURT**

   This matter having come before the Court for a Show Cause hearing on April 29, 2009 at 11:00 a.m., Defendants Keiper Mechanical, Inc. and Donald Keiper having failed to appear for the hearing and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendants are held in contempt for failing to obey this Court's February 19, 2009 Judgment and for their failure to appear at the April 29, 2009 Show Cause hearing;

**IT IS FURTHER ORDERED** that Keiper Mechanical, Inc. shall open the company's books and records to allow Plaintiffs to conduct a complete audit to determine the amount due and owing Plaintiff Funds in unpaid contributions, within ten (10) days of the date on which they are served by certified mail with a copy of this Order;

**IT IS FURTHER ORDERED** that Defendants shall pay Plaintiffs' attorney fees associated with filing a Motion for Order to Show Cause and appearing at the Show Cause hearing, in the amount of $500.00;

**IT IS FURTHER ORDERED** that Defendants Keiper Mechanical, Inc. and Donald Keiper shall appear before this Court on **June 8, 2009 at 2:30 p.m.** to show cause why they should not be held in contempt for failing to comply with this Order.  If Defendants submit to an audit and pay the costs as ordered above, it will be unnecessary to appear on the above stated date and time.

s/George Caram Steeh
GEORGE CARAM STEEH
U.S. District Judge

Dated:  May 6, 2009


This Order Prepared By:

Matthew I. Henzi
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan  48075
248.746.0700
E-Filing: mhenzi@swappc.com
P57334

2