UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PLUMBERS LOCAL 98 DEFINED BENEFIT
PENSION FUND, PLUMBERS LOCAL 98
DEFINED CONTRIBUTION FUND, PLUMBERS
98 INSURANCE FUND, PLUMBERS LOCAL
98 VACATION & HOLIDAY TRUST FUND,
PLUMBERS LOCAL 98 SUB TRUST FUND,
PLUMBERS LOCAL 98 RETIREE BENEFIT
FUND, METRO-DETROIT PLUMBING
INDUSTRY TRAINING TRUST and
JOINT ADMINISTRATIVE COMMITTEE
OF THE PLUMBING & PIPEFITTING
INDUSTRY IN THE DETROIT AREA,

    Plaintiffs,

vs.

Case No. 08-cv-13173
Hon.: George Caram Steeh

KEIPER MECHANICAL, INC., a Michigan
Corporation, and DONALD KEIPER, Individually.

    Defendants.
_____/

**DAVID J. SELWOCKI P51375**
**MATTHEW I. HENZI P57334**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1000
Southfield, Michigan 48037-0222
248.746.0700
brogers@swappc.com
mhenzi@swappc.com

_____/

## AMENDED JUDGMENT BY DEFAULT AGAINST DEFENDANTS

At a session of court held in the City of Detroit,
Wayne County, Michigan, on ~~June ___, 2010.~~ AUG -5 2010

PRESENT:   <u>Hon. George Caram Steeh</u>
                 U.S. District Court Judge

This matter having come before the Court upon Plaintiffs' Motion to Amend Judgment to Include Audit Amounts (Doc. #25) and the Court being otherwise fully advised in the premises;

IT IS ORDERED that Judgment is entered against Defendants, KEIPER MECHANICAL, INC., a Michigan Corporation, and DONALD KEIPER, Individually, in the amount of $7,226.26, which is the total, net balance owed pursuant to Plaintiffs' post-Judgment audit conducted in this matter.

IT IS FURTHER ORDERED that Defendants shall comply with all terms of the Collective Bargaining Agreement;

IT IS FURTHER ORDERED that this court will retain jurisdiction in this matter to effectuate the terms of this Judgment.

AUG -5 2010

GEORGE CARAM STEEH
U.S. District Court Judge

Judgment Prepared by:

Matthew I. Henzi P57334
David J. Selwocki P51375
Attorneys for Plaintiffs

W0890038/A57-113292

2